UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE APPLICATION OF THE : | |
| UNITED STATES OF AMERICA : | CASE NO. 21-MC-73 |
| FOR AN ORDER PURSUANT TO : | |
| 18 U.S.C. § 2703(d) TO GOOGLE LLC : | **UNDER SEAL** |

**ORDER**

Considering the United States' *Motion to Unseal Application and Order Issued to Google LLC under 18 U.S.C. § 2703(d)*,

**IT IS ORDERED** that the Application, Order, and accompanying attachments are hereby unsealed.

Signed in Baton Rouge, Louisiana, on May 10, 2021.

_____
**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**

Gardner